Mark A. Finkelstein (State Bar No. 173851)
mafinkelstein@jonesday.com
JONES DAY
3161 Michelson Drive
Suite 800
Irvine, CA 92612
Telephone:   (949) 851-3939
Facsimile:   (949) 553-7539

Attorney for Plaintiff
ENTREPRENEUR MEDIA, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTREPRENEUR MEDIA, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> NIKHIL VAIDYA, an individual, THE 8020STRATEGY GROUP, LLC, a Texas limited liability company, and THE CEO ENTREPRENEUR MAGAZINE, an unknown entity, <br><br> Defendants. | **CASE NO.**   SACV11-01765   AN <br><br> **COMPLAINT FOR:** <br><br> **(1) FEDERAL TRADEMARK INFRINGEMENT;** <br><br> **(2) FALSE DESIGNATION OF ORIGIN;** <br><br> **(3) CALIFORNIA UNFAIR COMPETITION; AND** <br><br> **(4) COMMON LAW TRADEMARK INFRINGEMENT** <br><br> **DEMAND FOR JURY TRIAL** |

ATI-2492921v1

Plaintiff Entrepreneur Media, Inc. ("EMI" or "Plaintiff"), for its Complaint against Nikhil Vaidya, The 8020 Strategy Group, LLC and The CEO Entrepreneur Magazine (collectively, "Defendants") alleges as follows:

## JURISDICTION AND VENUE

1.     EMI brings this action for injunctive relief and damages for federal trademark infringement and false designation of origin, as well as unfair competition under California law. This Court has subject matter jurisdiction over the federal question claims pursuant to 28 U.S.C. § 1331 and 1338(a). This Court has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. § 1338(b) and 1367(a).

2.     The Defendants, through their Internet presence, conduct business within the State of California and this District and provide services into the State of California and this District. On information and belief, Defendants derive a financial benefit from the commercial activities they conduct within the State of California.

3.     On information and belief, Defendants are subject to this Court's personal jurisdiction in that they (1) transact business within the State of California and this District, (2) have committed the tortious acts specified herein within the State of California and this District, and (3) have committed tortious acts within the State of California causing injury to persons or property within the State of California and this District.

4.     Venue is proper in this Judicial District pursuant to 28 U.S.C. §§ 1391(b)(2) because the wrongful acts alleged herein have been committed in this District.

## THE PARTIES

5.     EMI is a California corporation with its principal place of business at 2445 McCabe Way, Suite 400, Irvine, California 92614.

6.     Nikhil Vaidya ("Mr. Vaidya") is an individual and the registrant of the

ATI-2492921v1

domain names 8020ceo.com and 8020strategy.com (the "Domain Names") with an address at 8001 Weldon Springs Ct., Austin, Texas 78726.  Mr. Vaidya is listed as the Managing Editor of The CEO Entrepreneur Magazine.

7.    The 8020Strategy Group LLC is a Texas Limited Liability Company with its principal place of business at 8001 Weldon Springs Ct., Austin, Texas 78726.  The 8020 Strategy Group LLC is listed as owning the copyright in the content on the website ("Infringing Website") at the Domain Names.

8.    The CEO Entrepreneur Magazine (the "Infringing Magazine") is an unknown entity that is published online at the Domain Names.

## FACTUAL BACKGROUND

### *EMI's Trademark Rights*

9.    EMI is a well-known publisher of magazines and business guides, including ENTREPRENEUR® magazine and other publications incorporating the ENTREPRENEUR® trademark (the "ENTREPRENEUR Mark") in their titles. ENTREPRENEUR® magazine is published monthly with a current paid circulation, including both subscriptions and newsstand sales, of more than 600,000.  ENTREPRENEUR® magazine is sold and currently distributed in over 100 foreign countries.

10.    Beginning in 1978, EMI has continuously used the ENTREPRENEUR Mark to identify the source of its editorial and advertising content as marketed, sold and distributed through the numerous media outlets it owns, as well as through third-party media outlets, including in or through print publications such as magazines, business guides and other books, seminars and other educational events, and throughout the World Wide Web.  EMI has prominently displayed the ENTREPRENEUR Mark on its letterhead, promotional literature, and media advertising, and in books and periodicals circulated throughout the United States and worldwide.

11.    In addition to the goods and services described above, EMI also owns

and operates a number of websites, including its flagship website at <www.entrepreneur.com> (the "E.com Site"), through which it disseminates its editorial content and other information, as well as offers of products and services related or of interest to businesses, business owners, and prospective business owners, and which averages over 6 million unique visitors per month and over 52.6 million page views per month.

12.    EMI owns all rights, title and interest in and to the ENTREPRENEUR Mark for various goods and services in a number of International Classes, including Classes 16, 35, and 41.  EMI owns, *inter alia*, the following United States Trademark Registration Nos. for the ENTREPRENEUR Mark:  1,453,968; 3,520,633; 2,502,032; and 2,263,883.  These registrations are valid and subsisting and in full force and effect.  True and correct copies of the registration certificates for the cited registrations are attached hereto as Exhibit A.

13.    Additionally, EMI owns, *inter alia*, all rights and interest to the following United States Trademark Registration Nos. for marks incorporating the term "ENTREPRENEUR" for use in connection with its various media outlets, including printed and digitized books and online and/or Internet services: 3,470,064; 3,924,374; 3,519,022; 3,470,063; 3,266,532; 3,374,476; 3,652,950; and 3,204,899.  These registrations are valid and subsisting and in full force and effect. True and correct copies of the registration certificates for the cited registrations are attached hereto as Exhibit B.

14.    EMI has continuously and extensively used, advertised, marketed, and promoted the ENTREPRENEUR Mark in the United States and many foreign countries in connection with its goods and services, including its magazine and other publications.  EMI has spent millions of dollars and has expended significant effort in promoting its goods and services under the ENTREPRENEUR Mark through various means, including the E.com Site.  As a result of EMI's substantial investment in developing and promoting the ENTREPRENEUR Mark, the

1  ENTREPRENEUR Mark has come to identify and distinguish EMI's goods and

2  services and represents enormous goodwill of great value belonging exclusively to

3  EMI.

4       15.   EMI's monthly ENTREPRENEUR® magazine has been continuously

5  published under the ENTREPRENEUR Mark in print for over thirty years and on

6  the E.com Site for over nine years.

7  ### The Defendants' Infringing Acts

8       16.   Defendants operate the infringing online magazine The CEO

9  Entrepreneur Magazine (the "Infringing Magazine") on a website (the "Infringing

10  Website") at the Domain Names located at the following internet addresses:

11  *<http://www.8020ceo.com>* and *<http://www.8020strategy.com>* .

12       17.   Defendants use the Domain Names to publish the Infringing Magazine

13  and related content under the trade name "The CEO Entrepreneur Institute &

14  Magazine" on the Infringing Website.  This title encompasses the

15  ENTREPRENEUR Mark in its entirety.  Upon information and belief, Defendants

16  use the Infringing Website to promote the Infringing Magazine and related services.

17       18.   The Infringing Website features content that is confusingly similar to

18  the content offered by EMI on the E.com Site.  This content includes a section

19  entitled "Magazine," a section on "Entrepreneurship" and generally features articles

20  and videos regarding business strategy and entrepreneurship.  The videos consist of

21  interviews with various entrepreneurs and include as a logo the phrase "The

22  Institute, The Alliance, The Magazine for CEOs, Executives, Entrepreneurs."  A

23  true and correct copy of the home page of the Infringing Website is attached hereto

24  as Exhibit C.

25       19.   The layout and look of the Infringing Website is very similar to the

26  layout and look of the E.com Site.  The E.com Site and the Infringing Website both

27  feature under the title a horizontal menu bar with white lettering across the top of

28  the main page listing the different categories of content offered on the website.  The

ATI-2492921v1

4

1  font for the lettering on the menu bar for the Infringing Website appears to mimic
2  that on the E.com Site.  The E.com Site and the Infringing Website both feature
3  "Magazine" as the second to last category on the right side of the menu bar.  Both
4  websites offer a category of "Videos."  The E.com Site and the Infringing Website
5  use similar color schemes of blue, white and black, and organize content in a
6  similar manner, giving the Infringing Website a confusingly similar look and feel to
7  the E.com Site.  True and correct copies of the home page of the E.com Site is
8  attached hereto as Exhibit D.

9       20.    The content published on the Infringing Website is similar to the
10  content published on the E.com Site.  The E.com Site and the Infringing Website
11  both feature videos where entrepreneurs provide business advice.  The talking head
12  format of the majority of the videos is nearly identical.  Many of the videos on the
13  E.com Site feature the ENTREPRENEUR Mark on the screen at the start of the
14  video.  Similarly, the videos on the Infringing Website feature the
15  ENTREPRENEUR Mark as part of the logo on the screen at the start of the videos.
16  Both websites also include a link to a list of featured events related to
17  entrepreneurship.  Articles on E.com and the Infringing Website discuss the same
18  topics such as effective marketing for small businesses and successful business
19  leadership.

20       21.    The Defendants' unauthorized use of the ENTREPRENEUR Mark on
21  the Infringing Website and in the Infringing Magazine falsely implies that the
22  Infringing Website and Infringing Magazine are associated with, affiliated with, or
23  approved by EMI.

24       22.    The Defendants' unauthorized use of the ENTREPRENEUR Mark on
25  the Infringing Website and in the Infringing Magazine is likely to cause confusion
26  or mistake as to the source or sponsorship, affiliation with, or endorsement of, the
27  Infringing Website and Infringing Magazine, and the related services and content
28  thereon.

ATI-2492921v1

23.     Defendant The 8020 Strategy Group LLC has also applied for a federal registration for 80 20 CEO THE CEO ENTREPRENEUR MAGAZINE (the "Infringing Mark") in International Class 41 covering "providing a website featuring non-downloadable publications in the nature of blogs and online magazines in the field of strategy and business, sales lead generation, and leadership; providing on-line magazines in the field of strategy and business, sales lead generation, and leadership." The alleged first use date for the Infringing Mark is listed as December 23, 2010. A true and correct copy of the Trademark Electronic Search System Record for this application is attached as Exhibit E.

24.     On information and belief, the Infringing Website and Infringing Magazine were used in bad faith in violation of the Lanham Act. The Infringing Website and Infringing Magazine divert consumers from EMI's online sites, such as the E.com Site and others, by creating a likelihood of confusion as to whether EMI is the source or sponsor of, is affiliated with, or endorses the Infringing Website and Infringing Magazine, and the related services and content thereon.

25.     Upon information and belief, and despite having knowledge of Plaintiff's rights in the ENTREPRENEUR Mark, Defendants adopted and used the ENTREPRENEUR Mark in connection with the Infringing Website and Infringing Magazine, and applied for a federal registration of the Infringing Mark encompassing the ENTREPRENEUR Mark.

26.     Upon information and belief, Defendants' services offered on the Infringing Website and in the Infringing Magazine are marketed, sold, and otherwise distributed in the same channels of trade and to the same class of customers and end-users as the goods and services marketed, sold, and otherwise distributed by Plaintiff under the ENTREPRENEUR Mark and through Plaintiff's print and online media outlets, including ENTREPRENEUR® magazine and the E.com Site.

27.     Upon information and belief, Defendants' use and threatened

1  continued use of the ENTREPRENEUR Mark have been willful and in bad faith.

2      28.   On April 15, 2011, counsel for EMI sent a letter to Mr. Vaidya, who is

3  the Registrant of the Domain Names, Managing Editor of the Infringing Magazine,

4  and Managing Partner of Defendant The 8020Strategy Group, LLC at the address

5  listed for Mr. Vaidya on his registrations for the Domain Names, demanding,

6  among other things, that Mr. Vaidya cease his infringement of the

7  ENTREPRENEUR Mark. Mr. Vaidya responded by contacting counsel for EMI by

8  telephone on April 18, 2011, at which time he agreed to change the name of the

9  Infringing Magazine.

10      29.   Despite Mr. Vaidya's statements, he did not make any effort to cease

11  infringing the ENTREPRENEUR Mark. Counsel for EMI contacted Mr. Vaidya

12  again on July 6, 2011, demanding that he cease and desist from infringing the

13  ENTREPRENEUR Mark. A true and correct copy of that letter is attached as

14  Exhibit F. Upon receiving the letter, Mr. Vaidya again contacted counsel for EMI,

15  and again agreed to cease infringing the ENTREPRENEUR Mark.

16      30.   Despite Mr. Vaidya's assurances to the contrary, Defendants continue

17  to use the ENTREPRENEUR Mark on the Infringing Website and in the title of the

18  Infringing Magazine, and have continued to pursue their application for a federal

19  registration of the Infringing Mark. Mr. Vaidya's lack of good faith in his

20  negotiations on behalf of Defendants with EMI indicates that Defendants are

21  willfully infringing the ENTREPRENEUR Mark.

22      31.   Defendants' willful infringement of EMI's intellectual property has

23  caused, and is continuing to cause, EMI to suffer serious and irreparable injury.

24               **COUNT I - INFRINGEMENT OF A FEDERALLY**

25                 **REGISTERED TRADEMARK**

26                      **(15 U.S.C. § 1114)**

27      32.   Plaintiff incorporates and realleges by reference paragraphs 1 through

28  31 as though set forth in full herein.

33.     Defendants' use of the ENTREPRENEUR Mark on the Infringing Website and in the title of the Infringing Magazine in connection with the marketing, sale, and distribution of the same or similar goods and services as offered by EMI under the ENTREPRENEUR® Mark directly infringes the ENTREPRENEUR Mark in violation of the Lanham Act, 15 U.S.C. § 1114.

34.     Defendants' use of the ENTREPRENEUR Mark on the Infringing Website and in the title of the Infringing Magazine creates a likelihood of confusion, mistake and/or deception as to the affiliation, connection, association, origin, sponsorship, approval, commercial activities, nature, characteristics, and qualities of the Infringing Website and the Infringing Magazine, and the goods and services offered on the Infringing Website.

35.     Because of Defendants' unlawful acts, EMI has suffered and continues to suffer injury, and is entitled to recover all damages it sustained and all profits realized by Defendants as a result of those unlawful actions, as well as EMI's costs of suit, pursuant to 15 U.S.C. § 1117.

36.     Upon information and belief, Defendants' unlawful actions, as above-described, were and continue to be willful, deliberate, and fraudulent, with the result that Plaintiff is entitled to treble damages and an award of reasonable attorneys' fees against Defendants, pursuant to 15 U.S.C. § 1117.

## COUNT II – FALSE DESIGNATION OF ORIGIN
## (15 U.S.C. § 1125)

37.     Plaintiff incorporates and realleges by reference paragraphs 1 through 36 as though set forth in full herein.

38.     Defendants' use of the ENTREPRENEUR Mark on the Infringing Website and in the title of the Infringing Magazine creates a likelihood of confusion, mistake and/or deception as to the affiliation, connection, association, origin, sponsorship, approval, commercial activities, nature, characteristics, and qualities of the Infringing Website and the Infringing Magazine, and the goods and

services offered on the Infringing Website in violation of the Lanham Act, 15
U.S.C. § 1125.

39.     Because of Defendants' unlawful acts, EMI has suffered and continues
to suffer injury, and is entitled to recover all damages it sustained and all profits
realized by Defendants as a result of those unlawful actions, as well as EMI's costs
of suit, pursuant to 15 U.S.C. § 1117.

40.     Upon information and belief, Defendants' unlawful actions, as above-
described, were and continue to be willful, deliberate, and fraudulent, with the
result that Plaintiff is entitled to treble damages and an award of reasonable
attorneys' fees against Defendants, pursuant to 15 U.S.C. § 1117.

## COUNT III – UNFAIR COMPETITION
## (Cal. Bus. & Prof. Code §§ 17200, *et seq.*)

41.     Plaintiff incorporates and realleges by reference paragraphs 1 through
40 as though set forth in full herein.

42.     Defendants' acts, as described above, constitute unlawful, unfair, and
fraudulent business practices pursuant to California Business & Professions Code
Sections 17200, *et seq.*

43.     Plaintiff has been damaged and will continue to be damaged by
Defendants' unlawful, unfair, and fraudulent business practices, as described above.
Accordingly, Plaintiff is entitled to an injunction prohibiting Defendants from
continuing the practices described above, and restitution of all amounts acquired by
Defendants by means of such wrongful acts.

## COUNT IV – COMMON LAW TRADEMARK INFRINGEMENT

44.     Plaintiff incorporates and realleges by reference paragraphs 1 through
43 as though set forth in full herein.

45.     Plaintiff has valid and protectable common law rights in the
ENTREPRENEUR Mark.

ATI-2492921v1

9

46.     Defendants' use of the ENTREPRENEUR Mark on the Infringing Website and in the title of the Infringing Magazine creates a likelihood of confusion, mistake and/or deception as to the affiliation, connection, association, origin, sponsorship, approval, commercial activities, nature, characteristics, and qualities of the Infringing Website and the Infringing Magazine, and the goods and services offered on the Infringing Website in violation of Plaintiff's common law trademark rights.

47.     Because of Defendants' unlawful acts, EMI has suffered and continues to suffer injury, and is entitled to recover all damages it sustained and all profits realized by Defendants as a result of those unlawful actions.

## PRAYER FOR RELIEF

Wherefore, EMI prays for judgment as follows:

a.      That Defendants be ordered to account to EMI for all of their profits in connection with any and all commercial activity relating to or generated by its use of the ENTREPRENEUR Mark on the Infringing Website, in connection with the Infringing Magazine, and in any other manner;

b.      That EMI be awarded any and all damages it sustained as a result of Defendants' wrongful and unlawful acts as described herein;

c.      That, pursuant to 15 U.S.C. § 1117, EMI be awarded any and all profits realized by Defendants as a result of Defendants' wrongful and unlawful acts as described herein;

d.      That EMI be awarded treble damages pursuant to 15 U.S.C. § 1117;

e.      That EMI be awarded punitive damages to the extent permitted by law;

f.      That this Court enter an order that restrains and preliminarily enjoins, and a Final Order that permanently enjoins, Defendants, their officers, agents, servants, employees, and attorneys and all persons acting in active concert

ATI-2492921v1

1  or participation with any of them, from infringing EMI's trademarks and from

2  attempting to register the Infringing Mark;

3      g.      That EMI be awarded its costs and attorneys' fees pursuant to 15

4  U.S.C. § 1117; and

5      h.      That EMI be granted any and such further relief as the Court

6  deems to be just and proper.

7  Dated:  November 16, 2011          JONES DAY

8

9                                     By:

10                                         Mark A. Finkelstein

11                                     Attorney for Plaintiff
                                       ENTREPRENEUR MEDIA, INC.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ATI-2492921v1

## JURY DEMAND

Plaintiff requests a trial by jury on all claims so triable.

Dated:  November 16, 2011.

JONES DAY

By: _____
         Mark A. Finkelstein

Attorney for Plaintiff
ENTREPRENEUR MEDIA, INC.

# Exhibit A

Int. Cls.: 9 and 16

Prior U.S. Cl.: 38

## United States Patent and Trademark Office

Reg. No. 1,453,968
Registered Aug. 25, 1987

## TRADEMARK
### PRINCIPAL REGISTER

## ENTREPRENEUR

ENTREPRENEUR, INC. (CALIFORNIA CORPO-
RATION)
2311 PONTIUS AVENUE
LOS ANGELES, CA 90064

FOR: COMPUTER PROGRAMS AND PRO-
GRAMS USER MANUALS ALL SOLD AS A
UNIT, IN CLASS 9 (U.S. CL. 38).
FIRST USE 5–19–1983; IN COMMERCE
5–19–1983.
FOR: PAPER GOODS AND PRINTED
MATTER; NAMELY MAGAZINES, BOOKS

AND PUBLISHED REPORTS PERTAINING TO
BUSINESS OPPORTUNITIES, IN CLASS 16 (U.S.
CL. 38).
FIRST USE 5–2–1978; IN COMMERCE
5–2–1978.
OWNER OF U.S. REG. NOS. 1,130,838, 1,223,364
AND OTHERS.
SEC. 2(F) ONLY AS TO CLASS 16 GOODS.

SER. NO. 537,579, FILED 5–14–1985.

G. T. GLYNN, EXAMINING ATTORNEY

Int. Cls.: 9 and 41

Prior U.S. Cls.: 21, 23, 26, 36, 38, 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 3,520,633

Registered Oct. 21, 2008

## TRADEMARK
## SERVICE MARK
## PRINCIPAL REGISTER

# ENTREPRENEUR

ENTREPRENEUR MEDIA, INC. (CALIFORNIA CORPORATION)
2445 MCCABE WAY
IRVINE, CA 92614

FOR: PRE-RECORDED AUDIO AND VISUAL MEDIA NAMELY CDS, VIDEOTAPES, AUDIO-TAPES, AND FLOPPY DISCS FEATURING PRO-GRAMS GEARED TO BUSINESS OWNERS AND INTERESTED MEMBERS OF THE GENERAL PUB-LIC CONCERNING STARTING, OWNING AND OPERATING BUSINESSES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-0-1989; IN COMMERCE 9-0-1989.

FOR: PRODUCTION OF RADIO AND TELEVI-SION PROGRAMS GEARED TO BUSINESS OWN-ERS AND INTERESTED MEMBERS OF THE

GENERAL PUBLIC CONCERNING STARTING, OWNING AND OPERATING BUSINESSES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 11-1-1997; IN COMMERCE 11-1-1997.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,453,968, 2,263,883, AND 2,502,032.

SEC. 2(F).

SER. NO. 78-685,136, FILED 8-3-2005.

AISHA CLARKE, EXAMINING ATTORNEY

Int. Cl.: 35

Prior U.S. Cls.: 100, 101 and 102

Reg. No. 2,263,883

## United States Patent and Trademark Office

Registered July 27, 1999

## SERVICE MARK
### PRINCIPAL REGISTER

## ENTREPRENEUR

ENTREPRENEUR MEDIA, INC. (CALIFORNIA CORPORATION)
2392 MORSE AVENUE
IRVINE, CA 927146234

FOR: ADVERTISING AND BUSINESS SERV-ICES, NAMELY, ARRANGING FOR THE PRO-MOTION OF THE GOODS AND SERVICES OF OTHERS BY MEANS OF A GLOBAL COMPUT-ER NETWORK AND OTHER COMPUTER ONLINE SERVICES PROVIDERS; PROVIDING BUSINESS INFORMATION FOR THE USE OF CUSTOMERS IN THE FIELD OF STARTING AND OPERATING SMALL BUSINESSES AND PERMITTING CUSTOMERS TO OBTAIN IN-FORMATION VIA A GLOBAL COMPUTER NETWORK AND OTHER COMPUTER ONLINE SERVICE PROVIDERS AND; WEB ADVERTIS-ING SERVICES, NAMELY, PROVIDING ACTIVE LINKS TO THE WEBSITES OF OTHERS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 7-0-1992; IN COMMERCE 7-0-1992.

OWNER OF U.S. REG. NOS. 1,130,838, 1,453,968 AND OTHERS.

SER. NO. 75-018,382, FILED 11-13-1995.

JAN HOLLAND-CHATMAN, EXAMINING AT-TORNEY

Int. Cls.: 35 and 41

Prior U.S. Cls.: 100, 101, 102 and 107

**United States Patent and Trademark Office**

Reg. No. 2,502,032
Registered Oct. 30, 2001

## SERVICE MARK
### PRINCIPAL REGISTER

## ENTREPRENEUR

ENTREPRENEUR MEDIA, INC. (CALIFORNIA CORPORATION)
2445 MCCABE WAY
IRVINE, CA 927146324

FOR: ARRANGING AND CONDUCTING TRADE SHOW EXHIBITIONS IN THE FIELD OF ENTRE-PRENEURIAL ACTIVITIES, NAMELY THE START-UP AND OPERATION OF SMALL BUSINESS EN-TERPRISES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 10-18-1991; IN COMMERCE 10-18-1991.

FOR: EDUCATIONAL SERVICES, NAMELY, CONDUCTING SEMINARS ON THE DEVELOP-MENT AND OPERATION OF BUSINESSES, AND CONDUCTING WORK SHOPS ON COMPUTER TECHNOLOGY, TELECOMMUNICATIONS, MAR-KETING, FINANCING OPTIONS, REAL ESTATE MANAGEMENT, TAX PLANNING AND INSUR-ANCE, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 10-18-1991; IN COMMERCE 10-18-1991.

SEC. 2(F).

SER. NO. 76-159,837, FILED 11-6-2000.

MARGERY A. TIERNEY, EXAMINING ATTORNEY

# Exhibit B

Int. Cls.: 16 and 35

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, 50, 100, 101 and 102

## United States Patent and Trademark Office

Reg. No. 3,470,064

Registered July 22, 2008

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**

# ENTREPRENEUR PRESS

ENTREPRENEUR MEDIA, INC. (CALIFORNIA CORPORATION)
2445 MCCABE WAY
IRVINE, CA 92614

FOR: PAPER GOODS AND PRINTED MATTER, NAMELY, BOOKS, MANUALS, PREPARED REPORTS, WORK BOOKS, STUDY GUIDES, LEGAL AND BUSINESS FORMS, AND NEWSLETTERS CONCERNING ADVICE AND INFORMATION RELATING TO THE SUBJECTS OF STARTING, RUNNING AND OPERATING A BUSINESS, AND INDIVIDUALS WHO SUCCEEDED IN BUSINESS, WHICH SUBJECTS ARE OF INTEREST TO ENTREPRENEURS, NEW AND EXISTING BUSINESSES AND MEMBERS OF THE GENERAL PUBLIC, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 4-0-1999; IN COMMERCE 4-0-1999.

FOR: ON-LINE ORDERING SERVICES FEATURING PRINTED AND ELECTRONICALLY DOWNLOADABLE PUBLICATIONS, NAMELY, BOOKS, STUDY GUIDES, LEGAL AND BUSINESS FORMS, AND NEWSLETTERS, CONCERNING ADVICE AND INFORMATION RELATING TO THE SUBJECTS OF STARTING, RUNNING AND OPERATING A BUSINESS AND INDIVIDUALS WHO SUCCEEDED IN BUSINESS, WHICH SUBJECTS ARE OF INTEREST TO ENTREPRENEURS, NEW AND EXISTING BUSINESSES AND MEMBERS OF THE GENERAL PUBLIC, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 4-0-1999; IN COMMERCE 4-0-1999.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PRESS", APART FROM THE MARK AS SHOWN.

SEC. 2(F) AS TO "ENTREPRENEUR".

SER. NO. 76-679,564, FILED 7-16-2007.

PATRICIA EVANKO, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# ENTREPRENEUR ASSIST

**Reg. No. 3,924,374**

**Registered Mar. 1, 2011**

**Int. Cls.: 38 and 42**

**SERVICE MARK**

**PRINCIPAL REGISTER**

ENTREPRENEUR MEDIA, INC. (CALIFORNIA CORPORATION)
2445 MCCABE WAY, SUITE 400
IRVINE, CA 926146244

FOR: PROVIDING ONLINE FACILITIES FOR REAL-TIME INTERACTION BETWEEN WEBSITE VISITORS CONCERNING TOPICS OF GENERAL INTEREST TO ENTREPRENUERS, NEW AND EXISTING BUSINESSES AND MEMBERS OF THE GENERAL PUBLIC, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 6-15-2007; IN COMMERCE 6-15-2007.

FOR: PROVIDING WEBSITE VISITORS WITH ONLINE NON-DOWNLOADABLE SOFTWARE APPLICATIONS IN THE FIELD OF BUSINESS PLANNING AND PRODUCTIVITY FOR BOOKMARKING, FILING AND TABBING ARTICLES FOUND ON WEBSITES FOR QUICKER RETRIEVAL, FOR CREATING TEXT DOCUMENTS, SPREADSHEETS AND PRESENTATIONS, FOR CUSTOMIZING BUSINESS FORMS AND TEMPLATES, FOR SELECTING AND DOWNLOADING A SELECTION OF BUSINESS BOOKS, FOR SCHEDULING EVENT DEADLINES AND APPOINTMENTS WITH EMAIL REMINDERS, AND FOR ASSISTING IN THE CREATION OF BUSINESS PLANS, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 6-15-2007; IN COMMERCE 6-15-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,453,968, 2,263,883, AND 2,502,032.

SEC. 2(F) AS TO "ENTREPRENEUR".

SER. NO. 76-691,530, FILED 7-24-2008.

KELLY CHOE, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office