AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court Central District of California on the following

☒ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>SACV11-01765 AN | DATE FILED<br>1/16/11 | U.S. DISTRICT COURT<br>Central District of California |
|---|---|---|
| PLAINTIFF<br>ENTREPRENEUR MEDIA, INC., a California corporation | | DEFENDANT<br>Nikhil Vaidya, The 8020 Strategy Group, LLC and The CEO Entrepreneur Magazine, |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | SEE ATTACHED LIST | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |
|---|---|

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Voluntary Dismissal (see attached copy) |

| CLERK<br>TERRY NAFISI | (BY) DEPUTY CLERK<br>R. LA CHAPELLE | DATE<br>1/23/12 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

IRI-30243v1

American LegalNet, Inc.
www.FormsWorkFlow.com

| Trademark No. | Date of Trademark | Holder of Trademark |
|---|---|---|
| 1,453,968 | 8/25/1987 | Entrepreneur Media Inc. |
| 2,502,032 | 10/30/2001 | Entrepreneur Media Inc. |
| 2,263,883 | 7/27/1999 | Entrepreneur Media Inc. |
| 3,470,064 | 7/22/2008 | Entrepreneur Media Inc. |
| 3,924,374 | 3/1/2011 | Entrepreneur Media Inc. |
| 3,519,022 | 10/21/2008 | Entrepreneur Media Inc. |
| 3,470,063 | 7/22/2008 | Entrepreneur Media Inc. |
| 3,266,532 | 7/17/2007 | Entrepreneur Media Inc. |
| 3,652,950 | 7/14/2009 | Entrepreneur Media Inc. |
| 3,204,899 | 2/6/2007 | Entrepreneur Media Inc. |