| | |
|---|---|
| 1 | Mark A. Finkelstein (State Bar No. 173851) |
| 2 | mafinkelstein@jonesday.com<br>JONES DAY |
| 3 | 3161 Michelson Drive<br>Suite 800 |
| 4 | Irvine, CA  92612<br>Telephone:   (949) 851-3939 |
| 5 | Facsimile:    (949) 553-7539 |
| 6 | Attorney for Plaintiff<br>ENTREPRENEUR MEDIA, INC. |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTREPRENEUR MEDIA, INC., a California corporation,<br><br>                    Plaintiff,<br><br>     v.<br><br>NIKHIL VAIDYA, an individual, THE 8020STRATEGY GROUP, LLC, a Texas limited liability company, and THE CEO ENTREPRENEUR MAGAZINE, an unknown entity,<br><br>                    Defendants. | **CASE NO.:  SACV11-01765  AN**<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)** |

IRI-32538v1

1 NOTICE IS HEREBY GIVEN that pursuant to FED. R. CIV. P.
2 41(a)(1)(A)(i), Plaintiff ENTREPRENEUR MEDIA, INC. voluntarily dismisses the
3 above-captioned action without prejudice.

4 Dated: January 20, 2012  JONES DAY

6  By: */s/ Mark A. Finkelstein*
7      Mark A. Finkelstein

8  Attorney for Plaintiff
   ENTREPRENEUR MEDIA, INC.

IRI-32538v1

1